**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY and HANOVER INSURANCE COMPANY, ) ) ) ) | |
| Plaintiffs, ) | Case No: 2:20-cv-02513-RMG |
| ) | |
| vs. ) | |
| ) | |
| DRUCKER & FALK, LLC, D&F PAYROLL AGENT, INC., BMW OF NORTH CHARLESTON, LLC, RIVERLAND, LLC, QUALITY EXTERIORS GROUP, LLC, DONNIE HAWKINS, STATE FARM FIRE AND CASUALTY COMPANY, AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ) ) ) ) ) ) ) ) ) ) | **SECOND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF** |
| ) | |
| Defendants. ) ) | |

Plaintiffs Massachusetts Bay Insurance Company and Hanover Insurance Company (collectively "Hanover") file this Second Amended Complaint for Declaratory Judgment and state:

## NATURE OF ACTION

1.      This is an action for declaratory judgment pursuant to 28 U.S.C. §2201 for the purpose of determining questions in actual controversy between Hanover and Defendants concerning the rights, duties and obligations of the parties to certain policies of insurance issued by Hanover as set forth in detail below.

## PARTIES

2.      Massachusetts Bay Insurance Company is a corporation organized and existing under the laws of New Hampshire, with its principal place of business in Worcester, Massachusetts.

3.      Hanover Insurance Company is a corporation organized and existing under the laws of New Hampshire, with its principal place of business in Worcester, Massachusetts.

4.      Drucker & Falk, LLC ("D&F") is a limited liability company organized and existing under the laws of Virginia, with its principal place of business located in Newport News, Virginia.  D&F conducts business and may be served with process in South Carolina via its registered agent, CT Corporation System, 2 Office Park Court, Suite 103, Columbia, South Carolina 29223. Upon information and belief, none of D&F's members are citizens of New Hampshire or Massachusetts.

5.      D & F Payroll Agent, Inc., ("D&F Payroll") is a corporation organized and existing under the laws of Virginia, with its principal place of business located in Newport News, Virginia.  D&F Payroll conducts business and may be served with process in South Carolina via its registered agent, CT Corporation System, 2 Office Park Court, Suite 103, Columbia, South Carolina 29223.

6.      BMW of North Charleston, LLC ("BMW") is a limited liability company organized and existing under the laws of South Carolina, with its principal place of business located in Charleston, South Carolina.  BMW conducts business and may be served with process in South Carolina via its registered agent, C. Ray Wrenn, 5804 Cardiff Court, Hanahan, South Carolina 29410.  Upon information and belief, none of BMW's members are citizens of New Hampshire or Massachusetts.

7.     Riverland, LLC ("Riverland") is a limited liability company organized and existing under the laws of South Carolina, with its principal place of business located in Charleston, South Carolina.  Riverland conducts business and may be served with process in South Carolina via its registered agent, C. Ray Wrenn, 5804 Cardiff Court, Hanahan, South Carolina 29410.  Upon information and belief, none of Riverland's members are citizens of New Hampshire or Massachusetts.

8.     On information and belief, Quality Exteriors Group, LLC ("QEG") is a limited liability company organized under the laws of Kentucky, with its principal place of business located in Louisville, Kentucky.  At all relevant times to this action, QEG was engaged in business in the County of Charleston, South Carolina.

9.     On information and belief, Donnie Hawkins is a Kentucky citizen and resident. At all relevant times to this action, Donnie Hawkins was engaged in business in the County of Charleston, South Carolina.

10.    State Farm Fire and Casualty Company ("State Farm") is a corporation organized and existing under the laws of Illinois, with its principal place of business located in Bloomington, Illinois.  State Farm conducts business in and may be served with process in South Carolina via its legal agent, the Director of the South Carolina Department of Insurance.

11.    Westchester Surplus Lines Insurance Company ("Westchester") is a corporation organized and existing under the laws of Georgia, with its principal place of business located in Philadelphia, Pennsylvania.  Westchester conducts business in and may be served with process in South Carolina via its legal agent, the Director of the South Carolina Department of Insurance.

## JURISDICTION AND VENUE

12.     This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

13.     Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(2) in that a substantial part of the events giving rise to Hanover's claims occurred within this District.

## THE UNDERLYING LAWSUIT

14.     BMW and Riverland filed a Complaint against D&F and others in the Court of Common Pleas on or about September 7, 2017, in the action styled *BMW of North Charleston, LLC, et a. v. Quality Exteriors Group, LLC*, Case No. 2017-CP-10-4606 (the "Underlying Lawsuit").

15.     BMW and Riverland filed an Amended Complaint on or about March 12, 2019 adding as a Defendant, *inter alia*, D&F Payroll.  A true and correct copy of the Amended Complaint, which is the operative pleading, is attached hereto as Exhibit A.

16.     The Underlying Lawsuit arises out of roofing projects performed at the Atlantic Palms Apartments owned by BMW and the Riverland Woods Apartments owned by Riverland.

17.     The Amended Complaint alleges that BMW and Riverland each contracted with (QEG) to perform roofing work at their respective apartment complexes.

18.     The Amended Complaint further alleges that BMW and Riverland each entered into property management agreements with D&F and D&F Payroll, pursuant to which D&F and D&F Payroll agreed to supervise the roofing work performed by QEG.

19.     A copy of the Management Agreement between BMW and D&F dated May 1, 2013 is attached hereto as Exhibit B.

4

20.     A copy of the Management Agreement between Riverland and D&F dated April 9, 2012 is attached hereto as Exhibit C.

21.     The Amended Complaint alleges that certain portions of the roofing systems have failed allowing water intrusion into multiple buildings.

22.     The Amended Complaint alleges that D&F and D&F Payroll breached their contractual duties and were negligent in supervising the installation of the roofing systems and failing to ensure that QEG performed its work in accordance with the applicable building codes.

23.     QEG and Donnie Hawkins filed a Counter Cross-Claim against D&F and D&F Payroll on or about June 11, 2020 alleging Negligence/Gross Negligence, Contribution/Apportionment, and Equitable Indemnity for the losses alleged by BMW and Riverland in the Underlying Lawsuit.

## THE INSURANCE POLICIES

A.     The Hanover Policies

24.     Hanover issued the following policies of insurance to D&F (collectively referred to as the "Hanover Policies"):

a.     policy number ZHR A183094 00, effective January 1, 2014 to January 1, 2015, a copy of which is attached hereto as Exhibit D;

b.     policy number ZHR A183094 01, effective January 1, 2015 to January 1, 2016, a copy of which is attached hereto as Exhibit E;

c.     policy number ZDR A183094 02, effective January 1, 2016 to January 1, 2017, a copy of which is attached hereto as Exhibit F;

d.     policy number ZDR A183094 03, effective January 1, 2017 to January 1, 2018, a copy of which is attached hereto as Exhibit G; and

e.     policy number ZDR A183094 04, effective January 1, 2018 to January 1, 2019, a copy of which is attached hereto as Exhibit H.

25.     D&F Payroll is listed as an additional named insured on each of the primary policies.

26.     The Hanover Policies provide liability coverage pursuant to the Commercial General Liability Coverage form.  The Insuring Agreement provides, in pertinent part:

> **SECTION I – COVERAGES**
> **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
> **1. Insuring Agreement**
> **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result….
>
> …
>
> **b.** This insurance applies to "bodily injury" and "property damage" only if:
> **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
> **(2)** The "bodily injury" or "property damage" occurs during the policy period; and
> **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part….

27.     The Commercial General Liability Coverage form contains the following pertinent exclusions:

> **a. Expected Or Intended Injury**
> "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.
>
> **b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided: **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### j. Damage To Property

"Property damage" to:

\*\*\*

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

\*\*\*

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

### l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

### m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

7

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

28.     The Commercial General Liability Coverage form contains the following

pertinent definitions:

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because: **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**\*\*\***

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement....

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times: **(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project. Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed....

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it….

**22.** "Your work":
**a.** Means:
**(1)** Work or operations performed by you or on your behalf; and
**(2)** Materials, parts or equipment furnished in connection with such work or operations.
**b.** Includes:
**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and
**(2)** The providing of or failure to provide warnings or instructions.

29.     Policy number ZHR A183094 00, effective January 1, 2014 to January 1, 2015, includes a Limitation of Coverage to Designated Premises or Project endorsement, form CG 21 44 07 98.   The endorsement, which was deleted from the policy effective September 1, 2014, provides:

**LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT**
This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART
**SCHEDULE**

| |
|---|
| **Premises:** X |
| **Project:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)
This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:
**1.** The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or
**2.** The project shown in the Schedule.

30.    Policy numbers ZHR A183094 01 – 04, effective January 1, 2015 to January 1, 2019, each include a Real Estate Property Managed Endorsement.  Policy number ZHR A183094 01 includes form CG 22 70 11 85, which provides in pertinent part:

> **REAL ESTATE PROPERTY MANAGED**
> This endorsement modifies insurance provided under the following:
>
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
>
> This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.
>
> With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

31.    The remaining policies include form CG 22 70 04/13, which provides, in pertinent part:

> **REAL ESTATE PROPERTY MANAGED**
> This endorsement modifies insurance provided under the following:
>
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
>
> **A.** The following is added to Exclusion **j. Damage To Property** of Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**
>
> **2. Exclusions**
>
> This insurance does not apply to:
>
>> **j. Damage To Property**
>> "Property damage" to:
>> Property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.
>
> **B.** The following is added to Paragraph **4.b.(1)** of **Other Insurance** of **Section IV – Commercial General Liability Conditions:**
>
> **4. Other Insurance**
>
>> **b. Excess Insurance**

10

With respect to your liability arising out of your management of property for which you are acting as real estate manager, this insurance is excess over any other valid and collectible insurance available to you, whether such insurance is primary or excess.

B.    The State Farm Policies

32.    State Farm issued business liability policy number 99-CS-3658-5, effective September 28, 2012 to September 28, 2013, to BMW.

33.    State Farm also issued business liability policy number 99-CG-5190-4, effective June 1, 2012 to June 1, 2013, to Riverland.

34.    D&F and D&F Payroll, as alleged property managers for BMW and Riverland, are definitional insureds under the State Farm policies.

C.    The Westchester Policies

35.    Westchester issued Miscellaneous Professional Liability Policy No. G28225441-002 to D&F, effective January 1, 2018 to January 1, 2019.

36.    The Westchester Policy provides coverage for Damages and Claims Expenses on account of a Claim first made and reported during the Policy Period for Wrongful Acts in the performance of Professional Services as defined by the Policy.

37.    D&F tendered the Underlying Lawsuit to Hanover, State Farm and Westchester for a defense and indemnity.

**COUNT I – DECLARATORY JUDGMENT**

38.    Hanover incorporates by reference the allegations in paragraphs 1 through 37 as if set forth fully herein.

39.    Hanover is defending D&F and D&F Payroll pursuant to a reservation of rights.

40.    Hanover contends, however, that there is no coverage available under the

Hanover Policies for the claims asserted in the Underlying Lawsuit because, among other reasons:

> a. The claims are excluded under Policy number ZHR A183094 00 by the Limitation of Coverage to Designated Premises endorsement in effect from January 1, 2014 to September 1, 2014;
>
> b. The claims are excluded under policy numbers ZHR A183094 01 – 04, effective January 1, 2015 to January 1, 2019, by the Real Estate Property Managed endorsement;
>
> c. Some or all of the claims do not allege "property damage" caused by an "occurrence" within the policy period as required by the Insuring Agreement; and
>
> d. Several exclusions apply to preclude coverage, in whole or in part, including Expected or Intended Injury exclusion, Contractual Liability exclusion, Damage to Property exclusion and the Impaired Property exclusion.

41.    Further, to the extent the Court determines that there is coverage available under the Hanover Policies, there is a question as to how the covered damages, if any, are to be allocated among the Hanover Policies, the State Farm Policies and the Westchester Policies.

42.    Based upon the foregoing, there exists an actual controversy between the parties as to whether coverage exists under the Hanover Policies with respect to the claims made against D&F and D&F Payroll in the Underlying Lawsuit.

43.    Because of the uncertainty created by the insurance disputes among the parties, a declaratory judgment is necessary to resolve the dispute, end the uncertainties, and declare the rights of all parties.

**WHEREFORE,** Hanover prays:

A.    That this Court declares the rights, duties and obligations of the parties;

B.    That this Court declare that Hanover has no duty to indemnity Drucker & Falk, LLC, D&F Payroll Agent, Incorporated or any other party in connection with the Underlying Lawsuit;

C.    In the alternative, that this Court declare the manner in which covered damages, if any, are to be allocated among the various policies issued to D&F and D&F Payroll; and

D.    That this Court enters other and further relief deemed just and proper.

Respectfully submitted,
COLLINS & LACY, P.C.

By:    s/ J.C. Nicholson , III
J.C. Nicholson, III, Esquire
Fed. ID. # 9171
jnicholson@collinsandlacy.com
Michael R. Burchstead, Esquire
Fed. ID#: 10297
mburchstead@collinsandlacy.com
Post Office Box 12487
Columbia, SC  29211
803.256.2660

-AND-

Steven E. Leder (admitted *pro hac vice*)
sleder@downs-ward.com
Julie F. Maloney (admitted *pro hac vice*e)
jmaloney@downs-ward.com
**DOWNS WARD BENDER**
**HAUPTMANN & HERZOG, P.A.**

Executive Plaza III, Suite 400
11350 McCormick Road
Hunt Valley, MD 21031
Telephone:      (410) 584-2800
sleder@downs-ward.com


**ATTORNEYS FOR PLAINTIFFS**
**MASSACHUSETTS BAY INSURANCE**
**COMPANY and HANOVER**
**INSURANCE COMPANY**

October 7, 2020
Columbia, South Carolina